Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of South Carolina**

Case number (*If known*): _____

Chapter you are filing under:

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Epic Arcades SC, LLC | |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

3. **Debtor's federal Employer Identification Number** (EIN)

83-4365568

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1410 North Ocean Blvd. | 7 Holdridge Court |
| Number        Street | Number        Street |
| Suite 103 & 202 | |
| | P.O. Box |
| Myrtle Beach        SC    29557 | Mystic        CT    06355 |
| City        State    ZIP Code | City        State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Horry County | |
| County | Number        Street |
| | City        State    ZIP Code |

5. **Debtor's website** (URL)    www.epicarcademyrtlebeach.com

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Epic Arcades SC, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Epic Arcades SC, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 1410 North Ocean Blvd.

| Number | Street |
|---|---|

Suite 103 & 202

| Myrtle Beach | SC | 29557 |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☑ Yes. Insurance agency    Golden Bear Insurance Company

Contact name    Will Hanna - Coast Insurance Group

Phone    843-652-5500

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor    Epic Arcades SC, LLC
_____    Case number (*if known*)_____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/16/2021
            MM / DD / YYYY

✖ /s/ Richard Coleman
_____
Signature of authorized representative of debtor

Richard Coleman
_____
Printed name

Title  Manager
_____

**18. Signature of attorney**

✖ /s/ Christine E. Brimm
_____
Signature of attorney for debtor

Date  04/16/2021
     MM / DD / YYYY

Christine E. Brimm
_____
Printed name

Barton Brimm, PA
_____
Firm name

1500 Highway 17 Business North Suite 214
_____
Number      Street

Surfside Beach
_____
City

SC          29575-5142
_____
State        ZIP Code

8032566582
_____
Contact phone

cbrimm@bartonbrimm.com
_____
Email address

SC 6569 / FED 6313
_____
Bar number

SC
_____
State

W5351000

Hoyt, Filippetti & Malaghan, LLC
107 Airport Rd
Westerly, RI  02891

**2019 Tax Return**
**Epic Arcades SC, LLC**
**1410 North Ocean Boulevard**
**Myrtle Beach, SC  29577-3797**

**2019**

W5351000 Epic Arcades SC, LLC

ph:843-945-9101
Platform Version: 19.3.6
Federal Version: 19.3.10

# Federal  Diagnostics

Prepared by: Terence J. Malaghan, CPA
09/10/2020 11:19 AM
tmalaghan

## Critical  Messages

None

## Electronic  Filing

None

## Informational  Messages

- ☐ Force field entered with data "2" on Screen OthInfo
- ☑ eSignature does not qualify for the following reasons:
- ☑   Screen Contact, Authorized signer's email address (Email address of partnership representative) is missing
- ☑ Enter state apportionment information in View > Apportionment
- ☑ Data has been accepted via Data Sharing; review and verify the data
- ☑ Screen K1Misc, Capital account accounting method has not been entered
- ☑ Verify share of partnership liabilities increase (decrease) on Partner Basis Worksheet; see the help for the (Force) fields on Screen Basis for more information
- ☑ Preparer 'Terence J. Malaghan, CPA', Staff 'KJC'
- ☑ UltraTax CS client W5351100 matches Sch K1 TIN: ▓▓▓▓▓▓ a K1 package will print to FileCabinet CS

## Event To Do

|  | Event Name | Date & Time | Who |
|---|---|---|---|
|  |  | Acknowledged On / By |  |
| ☑ | Information  Missing | 09/10/2020 11:19 AM | tmalaghan |

# Form 1065 Return Summary

For calendar year 2019, or tax year beginning **02/21/19** , and ending **12/31/19**

**EPIC ARCADES SC, LLC**

## Ordinary Business Income (Loss)

| | |
|---|---|
| Total income | |
| Total deductions | ( _____ ) |
| **Ordinary Business Income (Loss)** | 0 |

## Tax and Payment

| | |
|---|---|
| Total balance due | |
| Payments | ( _____ ) |
| **Amount owed** | |
| **Overpayment** | |

## Analysis of Net Income (Loss), Line 1

| | |
|---|---|
| Ordinary business income (loss) | |
| Net rental real estate income (loss) | |
| Other net rental income (loss) | |
| Guaranteed payments | |
| Interest income | |
| Dividends | |
| Royalties | |
| Net short-term capital gain (loss) | |
| Net long-term capital gain (loss) | |
| Net section 1231 gain (loss) | |
| Other income (loss) | |
| Section 179 deduction | ( ) |
| Contributions | ( ) |
| Investment interest expense | ( ) |
| Section 59(e)(2) expenditures | ( ) |
| Other deductions | ( ) |
| Total foreign taxes paid / accrued | ( _____ ) |
| **Analysis of Net Income (Loss), Line 1** | 0 |

## Form 8804 - Foreign Partner Withholding

| | |
|---|---|
| Total number of foreign partners | |
| Effectively connected taxable income | |
| Total withholding tax | |
| Payments | ( ) |
| Estimated tax penalty | |
| Overpayment allocated to partners | _____ |
| **Withholding Tax Due (Overpaid)** | 0 |

## Analysis of Net Income (Loss)

| | |
|---|---|
| Analysis, line 1 | 0 |
| Analysis, line 2 | 0 |
| Difference | 0 |

## Schedule L

| | Beginning of Year | End of Year |
|---|---|---|
| Assets | 0 | 696,194 |
| Liabilities | 0 | 0 |
| Capital | 0 | 696,194 |
| Liabilities and capital | 0 | 696,194 |
| Difference | 0 | 0 |

## Analysis of Net Income (Loss) and M-1/M-3 Reconciliation

| | |
|---|---|
| Analysis, line 1 | 0 |
| Schedule M-1, line 9 | 0 |
| Schedule M-3, page 2, line 26(d) | |
| Difference | 0 |

## Partners' Capital

| | Schedule M-2 | Schedule K-1 |
|---|---|---|
| Beginning balance | 0 | 0 |
| Contributions | 696,194 | 696,194 |
| Current year income (loss) | 0 | 0 |
| Other increases (decreases) | | |
| Distributions | ( 0 ) | ( 0 ) |
| Ending balance | 696,194 | 696,194 |

W5351000

Form **8879-PE**

Department of the Treasury
Internal Revenue Service

**IRS e-file Signature Authorization for Form 1065**

▶ ERO must obtain and retain completed Form 8879-PE.
▶ Go to *www.irs.gov/Form8879PE* for the latest information.

For calendar year 2019, or tax year beginning 02/21/19 , and ending 12/31/19 .

OMB No. 1545-0123

**2019**

Name of partnership

EPIC ARCADES SC, LLC

Employer identification number

[redacted]

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1 | |
| 2 | Gross profit (Form 1065, line 3) | 2 | |
| 3 | Ordinary business income (loss) (Form 1065, line 22) | 3 | |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 4 | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 5 | |

| Part II | Declaration and Signature Authorization of Partner or Member |
|---|---|
| | (Be sure to get a copy of the partnership's return) |

Under penalties of perjury, I declare that I am a partner or member of the above partnership and that I have examined a copy of the partnership's 2019 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission and **(b)** the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**Partner or Member's PIN: check one box only**

[X] I authorize HOYT, FILIPPETTI & MALAGHAN, LLC to enter my PIN [redacted] as my signature
ERO firm name    Don't enter all zeros
on the partnership's 2019 electronically filed return of partnership income.

[ ] As a partner or member of the partnership, I will enter my PIN as my signature on the partnership's 2019 electronically filed return of partnership income.

Partner or member's signature ▶

Title ▶ LLC MEMBER    FRANK PRACUKOWSKI    Date ▶ 09/10/20

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [redacted]
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶    Date ▶ 09/10/20

**ERO Must Retain This Form -- See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.    Form **8879-PE** (2019)

DAA

W5351000

Form **1065**

Department of the Treasury
Internal Revenue Service

### U.S. Return of Partnership Income

For calendar year 2019, or tax year beginning  02/21/19 , ending  12/31/19 .

▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2019**

| | | |
|---|---|---|
| A Principal business activity **ARCADE** | Name of partnership **EPIC ARCADES SC, LLC** | D Employer identification number |
| B Principal product or service **ARCADE** | Type or Print — Number, street, and room or suite no. If a P.O. box, see the instructions. **1410 NORTH OCEAN BOULEVARD** | E Date business started **02/21/2019** |
| C Business code number | City or town, state or province, country, and ZIP or foreign postal code **MYRTLE BEACH    SC 29577-3797** | F Total assets (see instructions) $ **696,194** |

G Check applicable boxes: (1) ☒ Initial return  (2) ☐ Final return  (3) ☐ Name change (4) ☐ Address change  (5) ☐ Amended return

H Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ ............ **2**

J Check if Schedules C and M-3 are attached ............................................................................ ▶ ☐

K Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses | 14 | |
| 15 | Interest (see instructions) | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | 16c | |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions (attach statement) | 20 | |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | |

**Tax and Payment**

| | | | |
|---|---|---|---|
| 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 23 | |
| 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | 24 | |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| 26 | Other taxes (see instructions) | 26 | |
| 27 | **Total balance due.** Add lines 23 through 26 | 27 | |
| 28 | Payment (see instructions) | 28 | |
| 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed | 29 | |
| 30 | Overpayment. If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member          Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name **TERENCE J. MALAGHAN, CPA** | Preparer's signature | Date **09/10/20** | Check ☐ if self-employed  PTIN |
| Firm's name ▶ **HOYT, FILIPPETTI & MALAGHAN, LLC** | | | Firm's EIN ▶ |
| Firm's address ▶ **107 AIRPORT RD** **WESTERLY, RI        02891** | | | Phone no. **401-596-2000** |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1065** (2019)

DAA

W5351000

Form 1065 (2019)  **EPIC ARCADES SC, LLC** ▓▓▓▓▓▓▓▓ Page **2**

## Schedule B    Other Information

| | | | | | | Yes | No |
|---|---|---|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | | | | |

| | | | | |
|---|---|---|---|---|
| **a** | ☐ Domestic general partnership | **b** | ☐ Domestic limited partnership | |
| **c** | ☒ Domestic limited liability company | **d** | ☐ Domestic limited liability partnership | |
| **e** | ☐ Foreign partnership | **f** | ☐ Other ▶ | |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ............................................................... | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ............................................................... | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ............................................................... | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ............ | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions ............................ | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ............................ | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

Form **1065** (2019)

DAA

W5351000

Form 1065 (2019)  **EPIC ARCADES SC, LLC** ⬛⬛⬛⬛⬛⬛ Page 3

**Schedule B    Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ 0 | | |
| 16a | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 17 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ 0 | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions ▶ $ | | X |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ _____ If "No," complete Designation of Partnership Representative below. | | X |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR ▶ | **EPIC LODGING PARTNERS, LLC** | | |
|---|---|---|---|
| U.S. address of PR ▶ | **7 HOLDRIDGE COURT** **MYSTIC**          **CT  06355** | U.S. phone number of PR ▶ | **860-235-8714** |
| If the PR is an entity, name of the designated individual for the PR ▶ | **FRANK E PRACUKOWSKI** | | |
| U.S. address of designated individual ▶ | **7 HOLDRIDGE CT** **MYSTIC**          **CT  06355** | U.S. phone number of designated individual ▶ | **860-235-8714** |

| | | | | |
|---|---|---|---|---|
| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ 0 | | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | | X |

Form **1065** (2019)

DAA

W5351000
Form 1065 (2019)  **EPIC ARCADES SC, LLC**  Page 4

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

**Income (Loss)**

| 1 | Ordinary business income (loss) (page 1, line 22) | 1 | |
| 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| 3a | Other gross rental income (loss) | 3a | |
| b | Expenses from other rental activities (attach statement) | 3b | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| 4 | Guaranteed payments: a Services | 4a | |
| | b Capital | 4b | |
| c | Total. Add lines 4a and 4b | 4c | |
| 5 | Interest income | 5 | |
| 6 | Dividends and dividend equivalents: a Ordinary dividends | 6a | |
| b | Qualified dividends | 6b | |
| c | Dividend equivalents | 6c | |
| 7 | Royalties | 7 | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| b | Collectibles (28%) gain (loss) | 9b | |
| c | Unrecaptured section 1250 gain (attach statement) | 9c | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| 11 | Other income (loss) (see instructions) Type ▶ | 11 | |

**Deductions**

| 12 | Section 179 deduction (attach Form 4562) | 12 | |
| 13a | Contributions | 13a | |
| b | Investment interest expense | 13b | |
| c | Section 59(e)(2) expenditures:(1) Type ▶ (2) Amount ▶ | 13c(2) | |
| d | Other deductions (see instructions) Type ▶ | 13d | |

**Self-Employ-ment**

| 14a | Net earnings (loss) from self-employment | 14a | |
| b | Gross farming or fishing income | 14b | |
| c | Gross nonfarm income | 14c | |

**Credits**

| 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| b | Low-income housing credit (other) | 15b | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| d | Other rental real estate credits (see instructions) Type ▶ | 15d | |
| e | Other rental credits (see instructions) Type ▶ | 15e | |
| f | Other credits (see instructions) Type ▶ | 15f | |

**Foreign Transactions**

| 16a | Name of country or U.S. possession ▶ | | |
| b | Gross income from all sources | 16b | |
| c | Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| d | Reserved for future use ▶ e Foreign branch category ▶ | 16e | |
| f | Passive category ▶ g General category ▶ h Other ▶ | 16h | |
| | Deductions allocated and apportioned at partner level | | |
| i | Interest expense ▶ j Other ▶ | 16j | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| k | Reserved for future use ▶ l Foreign branch category ▶ | 16l | |
| m | Passive category ▶ n General category ▶ o Other ▶ | 16o | |
| p | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16p | |
| q | Reduction in taxes available for credit (attach statement) | 16q | |
| r | Other foreign tax information (attach statement) | | |

**Alternative Minimum Tax (AMT) Items**

| 17a | Post-1986 depreciation adjustment | 17a | |
| b | Adjusted gain or loss | 17b | |
| c | Depletion (other than oil and gas) | 17c | |
| d | Oil, gas, and geothermal properties – gross income | 17d | |
| e | Oil, gas, and geothermal properties – deductions | 17e | |
| f | Other AMT items (attach statement) | 17f | |

**Other Information**

| 18a | Tax-exempt interest income | 18a | |
| b | Other tax-exempt income | 18b | |
| c | Nondeductible expenses | 18c | |
| 19a | Distributions of cash and marketable securities | 19a | |
| b | Distributions of other property | 19b | |
| 20a | Investment income | 20a | |
| b | Investment expenses | 20b | |
| c | Other items and amounts (attach statement) | | |

DAA

W5351000
Form 1065 (2019)  **EPIC ARCADES SC, LLC** ⬛⬛⬛⬛⬛⬛⬛⬛ Page **5**

## Analysis of Net Income (Loss)

| | | 1 | |
|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | **1** | |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement)  **SEE STMT 1** | | | | 696,194 |
| 14 | Total assets | | | | 696,194 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | | | | |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | | | 696,194 |
| 22 | Total liabilities and capital | | | | 696,194 |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation  $ | |
| a | Depreciation  $ | | | | |
| b | Travel and entertainment  $ | | 8 | Add lines 6 and 7 | |
| | | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 0 |
| 5 | Add lines 1 through 4 | | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | | 6 | Distributions:  a  Cash | |
|---|---|---|---|---|---|
| 2 | Capital contributed:  a  Cash | 696,194 | | b  Property | |
| | b  Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 696,194 | 9 | Balance at end of year. Subtract line 8 from line 5 | 696,194 |

DAA

Form **1065** (2019)

W5351000

**PARTNER# 1**

Schedule K-1
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning **02/21/2019**   ending **12/31/2019**

**Partner's Share of Income, Deductions,
Credits, etc.**   ► See back of form and separate instructions.

651119

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

## Part I   Information About the Partnership

A  Partnership's employer identification number

B  Partnership's name, address, city, state, and ZIP code

**EPIC ARCADES SC, LLC**

**1410 NORTH OCEAN BOULEVARD
MYRTLE BEACH      SC 29577-3797**

C  IRS Center where partnership filed return ►

**E-FILE**

D  ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

E  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instr.)

F  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

**EPIC LODGING PARTNERS, LLC**

**7 HOLDRIDGE COURT
MYSTIC          CT 06355**

G  ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member
H1 ☒ Domestic partner              ☐ Foreign partner
H2 ☐ If the partner is a disregarded entity (DE), enter the partner's:
   TIN _____
   Name _____

I1  What type of entity is this partner?   **PARTNERSHIP**
I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐
J  Partner's share of profit, loss, and capital (see instructions):

|         | Beginning    | Ending       |
|---------|--------------|--------------|
| Profit  | 54.160000 %  | 54.160000 %  |
| Loss    | 54.160000 %  | 54.160000 %  |
| Capital | 54.160000 %  | 54.160000 %  |

Check if decrease is due to sale or exchange of partnership interest  ☐

K  Partner's share of liabilities:

|                              | Beginning | Ending |
|------------------------------|-----------|--------|
| Nonrecourse                  | $         | $      |
| Qualified nonrecourse financing | $      | $      |
| Recourse                     | $         | $      |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

L  **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ 146,408 |
| Current year net income (loss) | $ |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 146,408 |

M  Did the partner contribute property with a built-in gain or loss?
   ☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

N  **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
   Beginning ....... $
   Ending ......... $

| | |
|---|---|
| 1 Ordinary business income (loss) | |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | |
| 4a Guaranteed payments for services | |
| 4b Guaranteed payments for capital | |
| 4c Total guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | |
| 6c Dividend equivalents | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |

| | |
|---|---|
| 15 Credits | |
| 16 Foreign transactions | |
| 17 Alternative minimum tax (AMT) items | |
| 18 Tax-exempt income and nondeductible expenses | |
| 19 Distributions | |
| 20 Other information | |

21 ☐ More than one activity for at-risk purposes*
22 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

W5351000
**PARTNER# 2**

651119

| Schedule K-1 | **2019** | | | OMB No. 1545-0123 |
|---|---|---|---|---|

Schedule K-1
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2019**

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

For calendar year 2019, or tax year

beginning **02/21/2019**   ending **12/31/2019**

**Partner's Share of Income, Deductions, Credits, etc.**    ► See back of form and separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| **Part I** | **Information About the Partnership** |
|---|---|

A  Partnership's employer identification number
~~[redacted]~~

B  Partnership's name, address, city, state, and ZIP code

**EPIC ARCADES SC, LLC**

**1410 NORTH OCEAN BOULEVARD**
**MYRTLE BEACH        SC 29577-3797**

C  IRS Center where partnership filed return ►
**E-FILE**

D  ☐ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |
|---|---|

E  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instr.)
~~[redacted]~~

F  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

**OCEAN BOULEVARD ENTERTAINMENT, LLC**

**1700 N OAK STREET, SUITE B**
**MYRTLE BEACH        SC 29577**

G  ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member
H1 ☒ Domestic partner    ☐ Foreign partner
H2 ☐  If the partner is a disregarded entity (DE), enter the partner's:
   TIN _____
   Name _____

I1  What type of entity is this partner?  **PARTNERSHIP**
I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

J  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 45.840000 % | 45.840000 % |
| Loss | 45.840000 % | 45.840000 % |
| Capital | 45.840000 % | 45.840000 % |

Check if decrease is due to sale or exchange of partnership interest  ☐

K  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

| **L** | **Partner's Capital Account Analysis** | |
|---|---|---|
| Beginning capital account | $ | |
| Capital contributed during the year | $ | 549,786 |
| Current year net income (loss) | $ | |
| Other increase (decrease) (attach explanation) | $ | |
| Withdrawals & distributions | $ ( | ) |
| Ending capital account | $ | 549,786 |

M  Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

N  **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning ........ $ _____
Ending ........ $ _____

| 1 | Ordinary business income (loss) | | 15 | Credits |
|---|---|---|---|---|
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | | |
| 4c | Total guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 17 | Alternative minimum tax (AMT) items |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 19 | Distributions |
| 11 | Other income (loss) | | | |
| | | | 20 | Other information |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | | | |
| 14 | Self-employment earnings (loss) | | | |
| 21 | More than one activity for at-risk purposes* | | | |
| 22 | More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

*For IRS Use Only*

For Paperwork Reduction Act Notice, see Instructions for Form 1065.        www.irs.gov/Form1065        **Schedule K-1 (Form 1065) 2019**
DAA

W5351000

**SCHEDULE B-1
(Form 1065)**

(Rev. August 2019)

Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065.

▶ Go to *www.irs.gov/Form1065* for the latest information.

OMB No. 1545-0123

Name of partnership
**EPIC ARCADES SC, LLC**

Employer identification number (EIN)

**Part I**    **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| **EPIC LODGING PARTNERS,** | | **LLC PARTNERSHIP** | **UNITED STATES** | **54.160000** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**    **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

Schedule B-1 (Form 1065) (Rev. 8-2019)

DAA

W5351000  Epic Arcades SC, LLC

**Federal  Statements**

FYE:  12/31/2019

---

### Statement 1 - Form 1065, Schedule L, Line 13 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| CONSTRUCTION  IN  PROGRESS | $ | $ 696,194 |
| TOTAL | $ 0 | $ 696,194 |

1

W5351000

**PARTNER# 1**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2019** |
|---|---|---|
| | For calendar year 2019, or tax year beginning 02/21/19 , and ending 12/31/19 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **EPIC ARCADES SC, LLC** | ██████████ |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **EPIC LODGING PARTNERS, LLC** | ██████████ |

| | | | |
|---|---|---|---|
| **Beginning of year** | | | 0 |
| Capital contributions: | Cash | 146,408 | |
| | Property (adjusted basis) | _____ | 146,408 |
| Income items: | Ordinary business income | | |
| | Net rental real estate income | | |
| | Other net rental income | | |
| | Interest | | |
| | Dividends | | |
| | Royalties | | |
| | Net short-term capital gain | | |
| | Net long-term capital gain | | |
| | Net section 1231 gain | | |
| | Other portfolio income | | |
| | Other income | | |
| | Tax-exempt interest and other tax-exempt income | _____ | |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: | Cash | | |
| | Property (adjusted basis) | _____ ( | ) |
| Change in liabilities: | Current year | | |
| | Prior year | ( _____ ) | _____ |
| **Subtotal** | | | **146,408** |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: | Nondeductible expenses | | |
| Deductible losses: | Ordinary business loss | | |
| | Net rental real estate loss | | |
| | Other net rental loss | | |
| | Royalties | | |
| | Net short-term capital loss | | |
| | Net long-term capital loss | | |
| | Net section 1231 loss | | |
| | Other portfolio loss | | |
| | Other losses | | |
| | Section 179 deduction | | |
| | Charitable contributions | | |
| | Investment interest expense | | |
| | Section 59(e)(2) expenditures | | |
| | Portfolio income deductions | | |
| | Other deductions | | |
| | Foreign taxes | | |
| | Loss on disposition of section 179 assets | | |
| | Depletion | _____ | |
| Other decreases | | | _____ |
| **End of year** | | | **146,408** |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

W5351000

**PARTNER# 2**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2019** |
|---|---|---|
| | For calendar year 2019, or tax year beginning **02/21/19** , and ending **12/31/19** | |

| Partnership Name | Employer Identification Number |
|---|---|
| **EPIC ARCADES SC, LLC** | |
| Partner's Name | Taxpayer Identification Number |
| **OCEAN BOULEVARD ENTERTAINMENT, LLC** | |

| | | | |
|---|---|---|---|
| **Beginning of year** | | | 0 |
| Capital contributions: | Cash | 549,786 | |
| | Property (adjusted basis) | | 549,786 |
| Income items: | Ordinary business income | | |
| | Net rental real estate income | | |
| | Other net rental income | | |
| | Interest | | |
| | Dividends | | |
| | Royalties | | |
| | Net short-term capital gain | | |
| | Net long-term capital gain | | |
| | Net section 1231 gain | | |
| | Other portfolio income | | |
| | Other income | | |
| | Tax-exempt interest and other tax-exempt income | | |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: | Cash | | |
| | Property (adjusted basis) | ( | ) |
| Change in liabilities: | Current year | | |
| | Prior year | ( ) | |
| **Subtotal** | | | **549,786** |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: | Nondeductible expenses | | |
| Deductible losses: | Ordinary business loss | | |
| | Net rental real estate loss | | |
| | Other net rental loss | | |
| | Royalties | | |
| | Net short-term capital loss | | |
| | Net long-term capital loss | | |
| | Net section 1231 loss | | |
| | Other portfolio loss | | |
| | Other losses | | |
| | Section 179 deduction | | |
| | Charitable contributions | | |
| | Investment interest expense | | |
| | Section 59(e)(2) expenditures | | |
| | Portfolio income deductions | | |
| | Other deductions | | |
| | Foreign taxes | | |
| | Loss on disposition of section 179 assets | | |
| | Depletion | | |
| Other decreases | | | |
| **End of year** | | | **549,786** |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

W5351000

## Schedule K-1 Summary Worksheet

| Form **1065** | For calendar year 2019, or tax year beginning **02/21/19** , and ending **12/31/19** | **2019** |
|---|---|---|

Partnership Name

**EPIC ARCADES SC, LLC**

Employer Identification Number

| | Partner Name | SSN/EIN |
|---|---|---|
| Column A | **EPIC LODGING PARTNERS, LLC** | |
| Column B | **OCEAN BOULEVARD ENTERTAINMENT, LLC** | |
| Column C | | |
| Column D | | |

| | Schedule K Items | Column A | Column B | Column C | Column D | SCH K TOTAL |
|---|---|---|---|---|---|---|
| 1 | Ordinary income | | | | | |
| 2 | Net income-rent | | | | | |
| 3c | Net inc-oth rent | | | | | |
| 4a | Guar pmts services | | | | | |
| 4b | Guar pmts capital | | | | | |
| 5 | Interest income | | | | | |
| 6a | Ordinary dividends | | | | | |
| 6b | Qual dividends | | | | | |
| 6c | Dividend equivalents | | | | | |
| 7 | Royalties | | | | | |
| 8 | Net ST capital gain | | | | | |
| 9a | Net LT capital gain | | | | | |
| 9b | Collectibles 28% gain | | | | | |
| 9c | Unrecap sec 1250 | | | | | |
| 10 | Net sec 1231 gain | | | | | |
| 11 | Other income | | | | | |
| 12 | Sec 179 deduction | | | | | |
| 13a | Contributions | | | | | |
| 13b | Invest interest exp | | | | | |
| 13c | Sec 59(e)(2) exp | | | | | |
| 13d | Other deductions | | | | | |
| 14a | Net SE earnings | | | | | |
| 14b | Gross farming inc | | | | | |
| 14c | Gross nonfarm inc | | | | | |
| 15a | Low-inc house 42j5 | | | | | |
| 15b | Low-inc house other | | | | | |
| 15c | Qual rehab exp | | | | | |
| 15d | Rental RE credits | | | | | |
| 15e | Other rental credits | | | | | |
| 15f | Other credits | | | | | |
| 16b | Gross inc all src | | | | | |
| 16c-h | Tot foreign income | | | | | |
| 16i-o | Tot foreign deds | | | | | |
| 16p-q | Total foreign taxes | | | | | |
| 17a | Depr adjustment | | | | | |
| 17b | Adj gain or loss | | | | | |
| 17c | Depletion | | | | | |
| 17d | Inc-oil/gas/geoth | | | | | |
| 17e | Ded-oil/gas/geoth | | | | | |
| 17f | Other AMT items | | | | | |
| 18a | Tax-exempt int | | | | | |
| 18b | Other tax-exempt | | | | | |
| 18c | Nonded expense | | | | | |
| 19a | Cash distributions | | | | | |
| 19b | Property distributions | | | | | |
| 20a | Invest income | | | | | |
| 20b | Invest expense | | | | | |

**PAGE 1 OF 1**

W5351000

| | Schedule K-1 Percentages Summary Worksheet | | 2019 |
|---|---|---|---|
| Form **1065** | For calendar year 2019, or tax year beginning  02/21/19, and ending  12/31/19 | | |

| Partnership Name | Employer Identification Number |
|---|---|
| EPIC ARCADES SC, LLC | ▬▬▬▬▬▬ |

| Partner Number | Partner Name | Profit | | Loss | | Capital | |
|---|---|---|---|---|---|---|---|
| | | Beginning | Ending | Beginning | Ending | Beginning | Ending |
| 1 | EPIC LODGING PARTNERS, LLC | 54.160000 | 54.160000 | 54.160000 | 54.160000 | 54.160000 | 54.160000 |
| 2 | OCEAN BOULEVARD ENTERTAINMENT, LLC | 45.840000 | 45.840000 | 45.840000 | 45.840000 | 45.840000 | 45.840000 |

PAGE 1 OF 1

WS351000

| Form **1065** | **Reconciliation of Partners' Basis Worksheet**<br>For calendar year 2019, or tax year beginning 02/21/19 , and ending 12/31/19 | **2019** |
|---|---|---|

Partnership Name

## EPIC ARCADES SC, LLC

Employer Identification Number

| Partner<br>Number | Partner Name | Beginning<br>Basis | Increases | Distribution in<br>Excess of Basis | Allowed<br>Decreases | Ending<br>Basis |
|---|---|---|---|---|---|---|
| 1 | EPIC LODGING PARTNERS, LLC | 0 | 146,408 | 0 | 0 | 146,408 |
| 2 | OCEAN BOULEVARD ENTERTAINMENT, LLC | 0 | 549,786 | 0 | 0 | 549,786 |
| | Total this page | 0 | 696,194 | 0 | 0 | 696,194 |
| | Total all pages | 0 | 696,194 | 0 | 0 | 696,194 |

PAGE 1 OF 1

WS351000

| Form **1065** | **Reconciliation of Partners' Capital Accounts Worksheet**<br>For calendar year 2019, or tax year beginning 02/21/19, and ending 12/31/19 | **2019** |
|---|---|---|

Partnership Name                                                                     Employer Identification Number

**EPIC ARCADES SC, LLC**

| Partner<br>Number | Partner Name | Beginning<br>Capital | Capital<br>Contributed | Current Year<br>Net Income (Loss) | Increases &<br>Decreases | Withdrawals &<br>Distributions | Ending<br>Capital |
|---|---|---|---|---|---|---|---|
| 1 | EPIC LODGING PARTNERS, LLC | 0 | 146,408 | 0 | 0 | 0 | 146,408 |
| 2 | OCEAN BOULEVARD ENTERTAINMENT, LLC | 0 | 549,786 | 0 | 0 | 0 | 549,786 |
| | Total this page | 0 | 696,194 | 0 | 0 | 0 | 696,194 |
| | Total all pages | 0 | 696,194 | 0 | 0 | 0 | 696,194 |

**PAGE 1 OF 1**

| W5351000  Epic Arcades SC, LLC | **Review Notes** |
| --- | --- |

FYE: 12/31/2019

### Client Note
1099s were not issued but should have been - legal fees
Need EIN for Ocean Blvd

Time Arcade NC LLC
Balance Sheet - Unaudited
As of March 31, 2021

ASSETS
CURRENT ASSETS
    Cash

| | | |
|---|---|---:|
|         Main Operating Account | $ | 8,845 |
|         Gm Account | | 17,572 |
|         House Bank Account | | 1,740 |
|     Total Cash | | 28,157 |

    Account Receivables

| | |
|---|---:|
|         A/R -  Guest Ledger | 13,772 |
|         A/R - MC/Visa | 5,094 |
|     Total Receivables | 18,866 |

    Inventory

| | |
|---|---:|
|         Inventory - Food | 4,565 |
|         Inventory - Beverage | 6,578 |
|     Total Inventory | 11,143 |

    Prepaid Expenses

| | |
|---|---:|
|         Prepaid Expenses | 533 |
|     Total Prepaid Expenses | 533 |

| | |
|---|---:|
|     TOTAL CURRENT ASSETS | 58,699 |

PROPERTY AND EQUIPMENT

| | |
|---|---:|
|     Construction in Progress | 696,194 |
|     Leasehold Improvements | 384,792 |
|     Furniture, Fixtures and Equipment | 97,594 |
|     Less Depreciation | |
|     Total Property and Equipment | 1,178,580 |

| | | |
|---|---|---:|
| TOTAL ASSETS | $ | 1,237,279 |

Time Arcade, LLC

Balance Sheet - Unaudited

As of March 31, 2021

LIABILITIES AND OWNERS EQUITY

CURRENT LIABILITIES

| | | |
|---|---|---:|
| Deposits | $ | 347 |
| Accounts Payable | | 569,146 |
| Sales Tax Payable | | 984 |
| Payroll Liabilities | | (1,851) |
| Tips Payable | | 2,731 |
| Accrued Expenses | | 6,107 |
| TOTAL CURRENT LIABILITIES | | 577,465 |

NON-CURRENT LIABILITIES

| | |
|---|---:|
| Mortgage Payable | - |
| Loan Payable Members | 185,370 |
| TOTAL NON-CURRENT LIABILITIES | 185,370 |

OWNERS EQUITY

| | |
|---|---:|
| Members Equity - Epic Lodging Partners | 533,072 |
| Members Equity - Ocean Blvd | 549,786 |
| Retained Earnings | (608,413) |
| TOTAL OWNERS EQUITY | 474,444 |
| TOTAL LIABILITIES AND OWNERS EQUITY | $ 1,237,279 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                        )
                                              )
Epic Arcades SC, LLC,                         )        Case # 21-_____
                                              )
_____ Debtor.             )        Chapter 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Richard Coleman, declare under penalty of perjury that I am the Manager of Epic Arcades SC, LLC, and that the following is a true and correct copy of the resolutions adopted by the Members of said company by unanimous consent in lieu of a meeting on the 13th day of April, 2021.

Be It Therefore Resolved, that Richard Coleman, Manager of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Richard Coleman, Manager of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be It Further Resolved, that Richard Coleman, Manager of this limited liability company, is authorized and directed to employ Christine E. Brimm, attorney and the law firm of Barton Brimm, PA to represent the corporation in such bankruptcy case.

Dated: __4/13/21__                          _____
                                                  Richard Coleman

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
                                          )
Epic Arcades SC, LLC,                     )        Case # 21-_____
                                          )
_____ Debtor.    )        Chapter 11

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7001.1, Epic Arcades SC, LLC discloses that the following

entities own 10% or more of any class of the corporation's equity interests:


Epic Lodging Partners, LLC


Ocean Blvd Entertainment, LLC


Dated: 4/13/21                           EPIC ARCADES SC, LLC

                                         By: _____
                                         Richard Coleman

**Fill in this information to identify the case:**

Debtor name _____ Epic Arcades SC, LLC _____

United States Bankruptcy Court for the: District of South Carolina _____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Chalpin Realty c/o Marc Chalpin 220 East 54th Street, Apt. 6A New York, NY, 10022 | | | | | | 406,873.94 |
| 2 | American Resort Management 2950 West 12th Street, Suite 50 Erie, PA, 16505 | | | | | | 64,439.59 |
| 3 | Waterpark Arcades, LLC 303 Peterson Plank Road Carlstadt, NJ, 07072 | | | | | | 52,337.56 |
| 4 | BMI Merchandise 1960 Rutgers University Blvd. Lakewood, NJ, 08701 | | | | | | 15,001.25 |
| 5 | ARM Epic, LLC 2970 Epic Place Grand Prairie, TX, 75052 | | | | | | 12,347.95 |
| 6 | A&A Global Industries 17 Stenersen Lane Cockeysville, MD, 21030 | | | | | | 4,783.31 |
| 7 | Chancel Hospitality Residential & Tourism, Inc. 736 E. Highway 501 Conway, SC, 29526 | | | | | | 4,100.00 |
| 8 | Redemption Plus, LLC P.O. Box 9278 Fall River, MA, 02720 | | | | | | 1,794.30 |

| Debtor | Epic Arcades SC, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Sysco Columbia<br>P.O. Box 9224<br>Columbia, SC, 29290 | | | | | | 1,472.67 |
| 10 | Northshore Technological, Inc.<br>3618 West 12th Street<br>Erie, PA, 16505 | | | | | | 452.50 |
| 11 | Cintas<br>P.O. Box 630803<br>Cincinnati, OH, 45263-0803 | | | | | | 291.38 |
| 12 | Spectrum<br>dba Spectrum Business<br>P.O. Box 4617<br>Carol Stream, IL, 60197-4617 | | | | | | 277.46 |
| 13 | Great Security, LL<br>8574 Centry Circle<br>North Charleston, SC, 29420 | | | | | | 135.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

# United States Bankruptcy Court

District of South Carolina
_____

**In re** Epic Arcades SC, LLC

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 20,000.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 350.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

See Retainer Agreement

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  See Retainer Agreement

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/16/2021                                    /s/ Christine E. Brimm, SC 6569 / FED 6313

*Date*                                        *Signature of Attorney*

                                              Barton Brimm, PA

                                              *Name of law firm*
                                              1500 Highway 17 Business North
                                              Suite 214
                                              Surfside Beach, SC 29575-5142
                                              8032566582
                                              cbrimm@bartonbrimm.com

## ATTACHMENT TO DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

| | |
|---|---|
| Retainer Amount | $20,000.00 |
| Filing Fee | $1,738.00 |
| | $21,738.00 |
| Amount Applied to Pre-petition fees (4/16/21) | - $5,000.00 |
| Filing Fee Applied (4/16/21) | -$1,738.00 |
| RETAINER BALANCE | $15,000.00 |

**CHRISTINE E. BRIMM**
*Certified Specialist in Bankruptcy*
*and Debtor–Creditor Law*

**BRIANNA J. MORRISON**
*Associate Attorney*

**BARBARA GEORGE BARTON**
*Retired*

# ℬℬ
### BARTON•BRIMM

**1500 Highway 17 Business North**
**Suite 214**
**Surfside Beach, SC 29575**
**(803) 256-6582**
www.bartonbrimm.com

**Mailing Address**
P.O. Box 14805
Myrtle Beach, SC 29587

cbrimm@bartonbrimm.com
bmorrison@bartonbrimm.com

April 9, 2021

Epic Arcades SC, LLC
c/o Brian Macho
**VIA E-MAIL brian@landsouth.net**

   *RE:  Agreement for Legal Services*

Dear Mr. Macho:

 This confirms the agreement between Epic Arcades SC, LLC (the "Company" or "You") and Barton Brimm, PA (the "Firm"), pursuant to which the Firm has agreed to represent the Company. Representation pursuant to this agreement expressly does not include any representation of any individual, but only the Company in its corporate capacity. This representation will involve advice and counseling concerning the Company's financial matters and negotiation with the Company's creditors regarding potential resolution short of bankruptcy, as necessary, and may involve the filing of a Chapter 11 bankruptcy. It is understood that any representation by the Firm of any individual or affiliate company will be by separate agreement, and that no such representation is included pursuant to this agreement with the Company.

 Representation will commence with payment to the Firm of an initial retainer in the amount of $5,000.00. The Retainer is for legal services only and does not include the Chapter 11 filing fee of $1,738.00 to be paid to the Bankruptcy Court, or any additional fees which may arise during the course of the bankruptcy. The Firm may request that the retainer be replenished from time to time, as needed, and You agree to provide such additional retainer amounts as may be requested. The Firm shall send an informational invoice to You including a detailed daily description of its time, charges and reimbursable expenses by the fifteenth (15th) day of each month for services performed and expenses incurred during the preceding calendar month. The Firm shall charge against its Retainer the invoice amount on the date each invoice is sent or, after if a bankruptcy is filed on your behalf, only upon approval by the Bankruptcy Court. Fees shall be charged for the time expended by members of the firm at the rate of $350.00 per hour for Christine E. Brimm. Time expended on this representation by other attorneys or legal assistants will be charged at the normal and customary hourly rates applicable to each attorney or legal assistant working on these matters as charged by the Firm to its non-bank, corporate and commercial clients. If the Firm increases its hourly rates at any time during the course of this representation, the higher rate shall be deemed substituted for the initial rates described in this agreement.

 The expenses chargeable against the retainer may include, among other items, filing fees, deposition expenses, expert witness fees, subpoena and service of process fees, cost of transcripts, document production and reproducing costs, charges for toll, expedited mail or delivery services, fax and telecopier expenses, messenger services, and the cost involved in hiring accountants, actuaries or appraisers if necessary. You agree that, to the extent the retainer is insufficient to pay the amount incurred in fees and expenses, You will pay all additional amounts as incurred.

Epic Arcades SC, LLC
Page 2
April 9, 2021

**You acknowledge that the Retainer does _not_ represent a fixed amount for the legal representation, but is instead a security retainer. You will be billed at the hourly rate for all time incurred in this matter.**

You further acknowledge and agree that the Firm has reserved the right to seek approval from the Bankruptcy Court for additional compensation from the debtor's estate beyond the Retainer amount, or for an enhancement of its compensation at rates higher than those scheduled in this agreement, or in a greater aggregate amount, in the event a bankruptcy is filed.

You agree that You will perform fully and conscientiously all of the statutory duties of the debtor under the Bankruptcy Code, and that You will timely comply with all reasonable requests for information or reports requested by the Firm, by the trustee and by the United States Trustee. These duties include gathering and reviewing all of the information necessary for filing a complete and accurate list of all of Your creditors, by complete name and address, in the form for a matrix required by the Bankruptcy Court, a schedule of Your executory contracts and unexpired leases, the statement of Your financial affairs, and the statement of Your current income and expenses. You acknowledge that bankruptcy forms are required to be completed with the foregoing information, and further acknowledge that to the extent that the Firm has to redraft or assign its personnel to complete these forms for You, the fees for the Firm's services will be substantially increased beyond the initial Retainer amount.

Representation pursuant to this agreement does not include representation in the following matters, which are hereby expressly excluded. In the event that You desire the Firm to represent You in the following matters, should they arise, a separate written retainer agreement will be necessary.

1. Adversary proceedings;
2. Appeals;
3. Matters involving material facts not disclosed at the time of this Retainer Agreement; and
4. Any other matters or litigation not described herein.

Yours Very Truly,

BARTON BRIMM, PA

Christine E. Brimm

**RETAINER AGREEMENT AGREED AND ACCEPTED:**

**EPIC ARCADES SC, LLC**                    **BARTON BRIMM, PA**

Richard Coleman                 Date       Christine E. Brimm              Date
4/9/2021                                    4/12/2021

Its: MEMBER