# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–2 | User: admin | Date Created: 4/19/2021 |
| Case: 21–01080–jw | Form ID: pdf02 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Christine E Brimm    cbrimm@bartonbrimm.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Epic Arcades SC, LLC    1410 North Ocean Blvd.    Suite 103 & 202    Myrtle Beach, SC 29557

TOTAL: 1