# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re:

Epic Arcades SC, LLC,

Debtor.

Case No. 21-01080-jw
Chapter 11

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Joseph Kershaw Spong**
**PO Box 11449**
**Columbia , SC 29211**
**803.929.1400**
**kspong@robinsongray.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   April 19, 2021

John P. Fitzgerald, III
Acting United States Trustee
Region Four

By:   /s/  John T. Stack
JOHN T. STACK
Assistant U. S. Trustee
Attorney No. 4272
Department of Justice
Office of United States Trustee
1835 Assembly Street - Suite 953
Columbia, South Carolina  29201
(803) 765-5250