# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 21-01080-jw |
| Epic Arcades SC, LLC, | ) | |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V Trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the Debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the Debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $350.00 and service for my paralegals, Melissa White, at her hourly rate of $150.00, and Jennifer Guthrie, at her hourly rate of $125.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

We have checked the Debtor's and creditors' names for conflicts. Our firm's process for checking conflicts is as follows: The Debtor and creditors identified on the Debtor's mailing matrix are circulated among the entire firm for conflict review and identification. Moreover, the undersigned personally reviews the names for any potential conflict and the Debtor's name is run

through our firm client data base for any matches. Our conflict procedures also ensure on an ongoing basis that no member of the firm would undertake representation of the Debtor or creditor in the case.

I hereby accept my appointment as Subchapter V Trustee in this case pursuant to FRBP 2008.

/s/ J. Kershaw Spong
J. Kershaw Spong (#531)
Post Office Box 11449
Columbia, SC  29211
(803) 929-1400
Email: kspong@robinsongray.com

Columbia, South Carolina

April 19, 2021