# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420−2 | User: admin | Date Created: 4/19/2021 |
| Case: 21−01080−jw | Form ID: b309f2 | Total: 35 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Epic Arcades SC, LLC | 1410 North Ocean Blvd.    Suite 103 & 202    Myrtle Beach, SC 29557 |
| ust | US Trustee's Office | Strom Thurmond Federal Building    1835 Assembly St.    Suite 953    Columbia, SC 29201 |
| tr | J. Kershaw Spong | Robinson Gray Stepp & Laffitte, LLC    PO Box 11449    Columbia, SC 29211 |
| intp | US Bankruptcy Court | Attn: Systems    1100 Laurel Street    Columbia, SC 29201−2423 |
| aty | Christine E Brimm | Barton Brimm, PA    P.O. Box 14805    Myrtle Beach, SC 29587 |
| 543964031 | A&A Global Industries | 17 Stenersen Lane    Cockeysville, MD 21030 |
| 543964034 | ARM Epic, LLC | 2970 Epic Place    Grand Prairie, TX 75052 |
| 543964032 | Alayna Negri | 706 Longchamps Court    Myrtle Beach, SC 29579 |
| 543964033 | American Resort Management | 2950 West 12th Street, Suite 50    Erie, PA 16505 |
| 543964035 | BMI Merchandise | 1960 Rutgers University Blvd.    Lakewood, NJ 08701 |
| 543964036 | Brianna Harper | 7025 Bladebeak Lane    Myrtle Beach, SC 29588 |
| 543964037 | Cesar Nunez Alvarez | 2241 S. State Highway 121    Apt. 337    Lewisville, TX 75067 |
| 543964038 | Chalpin Realty | c/o Marc Chalpin    220 East 54th Street, Apt. 6A    New York, NY 10022 |
| 543964039 | Chancel Hospitality Residential & Tourism, In | 736 E. Highway 501    Conway, SC 29526 |
| 543964040 | Cintas | P.O. Box 630803    Cincinnati, OH 45263−0803 |
| 543964041 | Corey Green | 603 36th Avenue North, Apt. A    Myrtle Beach, SC 29577 |
| 543964042 | Dalyla Stoffel | 111 Loggers Run    Myrtle Beach, SC 29588 |
| 543964043 | Faith Cannizzo | 1106 Cherokee Street, Unit 4    Myrtle Beach, SC 29577 |
| 543964044 | Frank Pracukowski | 7 Holdridge Court    Mystic, CT 06355 |
| 543964045 | Great Security, LL | 8574 Centry Circle    North Charleston, SC 29420 |
| 543964046 | Heather Carroll | 153 Interacoastal Village Court    Myrtle Beach, SC 29588 |
| 543964047 | Howard Roun, Jr. | 7391 Hucks Road, Lot 3    Gresham, SC 29546 |
| 543964048 | Juan Sanchez | 213 Goretown Loop    Loris, SC 29569 |
| 543964049 | Kaden Gibson | 1218 Harvester Circle    Myrtle Beach, SC 29579 |
| 543964050 | Laura Busch | 685 Burcale Road G6    Myrtle Beach, SC 29579 |
| 543964051 | Linda Ramos | 400 N. Ocean Blvd.    Myrtle Beach, SC 29577 |
| 543964052 | Northshore Technological, Inc. | 3618 West 12th Street    Erie, PA 16505 |
| 543964053 | Redemption Plus, LLC | P.O. Box 9278    Fall River, MA 02720 |
| 543964054 | Richard Coleman | 413 Beachgrove Drive    Erie, PA 16505 |
| 543964055 | Ryan Havenar | 3921 Stillwood Drive    Myrtle Beach, SC 29588 |
| 543964056 | Santrel Sutton | 130 Carver Street    Myrtle Beach, SC 29577 |
| 543964057 | Spectrum | dba Spectrum Business    P.O. Box 4617    Carol Stream, IL 60197−4617 |
| 543964058 | Sysco Columbia | P.O. Box 9224    Columbia, SC 29290 |
| 543964059 | Timothy McDonald | 306 9th Avenue North    Myrtle Beach, SC 29577 |
| 543964060 | Waterpark Arcades, LLC | 303 Peterson Plank Road    Carlstadt, NJ 07072 |

TOTAL: 35