# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **21-01080-jw**

# ORDER

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**04/20/2021**



*John E Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 04/20/2021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Epic Arcades SC, LLC<br><br><br><br>Debtor(s). | CHAPTER 11<br><br>CASE NO: 21-01080-JW<br><br>ORDER SETTING STATUS CONFERENCE AND DEADLINES |

This is a case under subchapter V of chapter 11 of the Bankruptcy Code. The Court sets a status conference and the following deadlines to govern in the case.

A. The Court will hold a status conference on June 2, 2021 at 10:30 AM at the United States Bankruptcy Court, 145 King Street, Room 225, Charleston, South Carolina.

B. The record date for an equity security holder or creditor whose claim is based on a security is the seventieth (70th) day after the petition date for purposes of eligibility to accept or reject the plan.

C. Proofs of claim or interest of nongovernmental entities required or permitted to be filed under Fed. R. Bankr. P. 3003(c) must be filed not later than seventy (70) days after the petition date, and proofs of claim or interest of governmental entities must be filed not later than one hundred eighty (180) days after the petition date.

D. Any secured creditor making an election under 11 U.S.C. § 1111(b)(2) shall do so not later than five (5) days prior to the status conference date set forth above by filing the election on the docket and providing notice of the election to the debtor.

IT IS SO ORDERED.